1

2

3

4

5

6

7

FILED

2006 OCT 25  PM 12: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8

9

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.    Southern District No. 05cr2243-IEG |
| | Ninth Circuit No. 06-50455 |
| Plaintiff-Appellee, | **ORDER APPOINTING COUNSEL** |
| v. | |
| RUSSELL JOHN PHELPS, | |
| Defendant-Appellant. | |

On October 20, 2006, the Ninth Circuit ordered Magistrate Judge Louisa S Porter to locate counsel for Defendant-Appellant RUSSELL JOHN PHELPS.  Therefore, **IT IS HEREBY ORDERED**:

      1.     **Siri Shetty, Esq.,** is appointed to represent Defendant-Appellant PEDRO RUSSELL JOHN PHELPS, Southern District of California number 05cr2243-IEG, Ninth Circuit number 06-50455.

      2.     The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, the attached docket sheet, and the attached order *immediately* to **Siri Shetty, Esq., 110 West C #1810 San Diego, CA 92101** Counsel's telephone number is **(619) 602-8479**.

///

3.      The Clerk of the Court for the Southern District of California shall mail a courtesy copy of

this order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: 10/24/06

LOUISA S PORTER
United States Magistrate Judge
Southern District of California

cc:     All parties
        Ninth Circuit Court of Appeals
        District Judge
        CRD Preparing Vouchers